IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY BRAWNER,** | : | |
| a/k/a **ANTHONY BARBER,** | : | |
| Petitioner | : | No. 1:14-cv-01489 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| **J.E. THOMAS, WARDEN,** | : | (Magistrate Judge Blewitt) |
| Respondent | : | |

## ORDER

**ACCORDINGLY**, on this 11th day of December 2014, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 5) is **ADOPTED**;

2. Petitioner's objections (Doc. No. 6) are **OVERRULED**; and

3. The Clerk of Court is directed to transfer this action to the United States District Court for the District of Columbia and to close the case.

S/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania